IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 4:21-CR-43-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KEONTA JOHNSON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court for preliminary examination of the amended motion for revocation of Defendant's supervised release filed with the court on September 16, 2025, and for hearing on the government's oral motion to detain Defendant pursuant to 18 U.S.C. § 3143 and Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure. A hearing was held in this matter on September 22, 2025, at which Defendant appeared and was represented by counsel.

At the hearing, the court orally stated findings and conclusions, all of which are hereby incorporated by reference. The court restates in writing the following findings and conclusions of the court:

1. That probable cause exists to believe that Defendant violated the terms of supervised release by engaging in criminal conduct as alleged in the amended motion for revocation; and

2. That Defendant has failed to establish by clear and convincing evidence that he is not likely to flee or to pose a danger to the safety of the community if released. The court's determination in this regard is based upon the following factors

or reasons: the nature and circumstances of the alleged violations; Defendant's prior criminal history; Defendant's history of weapons use; evidence of gang affiliation or membership; pattern of similar criminal activity; and any other findings or reasons stated in open court.

Accordingly, the court hereby ORDERS that Defendant be committed to the custody of the Attorney General or a designated representative to be detained pursuant to 18 U.S.C. § 3143(a)(1) pending his revocation hearing.

This 23rd day of September 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge